*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv5035         Assigned/Issued By: AEE

Judge Name: CASTILLO         Designated Magistrate Judge: COLE

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP      ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____         Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____         Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*

☐ Writ _____           ☐ Other
       **(Type of Writ)**              _____
                                       _____
                                       *(Type of issuance)*

_____Original and _____ copies on _____ as to _____
                                  (Date)
_____

_____